FORM 9A. Notice of Related Case Information                               Form 9A (p. 1)
                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-1710

**Short Case Caption** Blue Sky the Color of Imagination, LLC v. U.S.

**Filing Party/Entity** Plaintiff

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Blue Sky the Color of Imagination, LLC v. U.S.,
> Court of International Trade Case No:21-00624
>
> Blue Sky the Color of Imagination, LLC v. U.S.,
> Court of International Trade Case No:22-00008

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                  March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Plaintiff: Blue Sky the Color of Imagination, LLC
>
> Defendant: United States

☐  Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> For Plaintiff:
> Stein Shostak Shostak Pollack & O'Hara LLP
> Christopher J. Duncan, Esq.
> Elon A. Pollack, Esq.
>
> For Defendant:
> United States of America
> Justin Miller
> Monica P. Triana

☐  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: May 1, 2024                   Signature: /s/ Christopher J. Duncan

                                    Name:  Christopher J. Duncan