UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

BLUE SKY THE COLOR OF               :
IMAGINATION, LLC                    :
                                    :
            Plaintiff-Appellant,    :
                                    :        Appeal No.: 2024-1710
            v.                      :
                                    :
UNITED STATES,                      :
                                    :
            Defendant-Appellee.     :
_____:

## <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that Ms. Fariha Kabir is no longer with

U.S. Customs and Border Protection and may be removed as an attorney of

record in this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9240

Dated: August 27, 2025          *Attorneys for Defendant-Appellee*