# United States Court of Appeals for the Federal Circuit

---

**BLUE SKY THE COLOR OF IMAGINATION, LLC,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1710

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00624-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 4, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 27, 2026
Date

Jarrett B. Perlow
Clerk of Court